**Order entered July 14, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00775-CV

### IN RE BRYAN MORENO, Relator

**From the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-52512-2012**

## ORDER
Justice Francis, Justice Evans, and Justice Stoddart

Based on the Court's opinion of this date, we **DENY** relator's first amended petition for

writ of habeas corpus. We **ORDER** relator to bear the costs, if any, of this original proceeding.


/s/ MOLLY FRANCIS
JUSTICE

1